Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Margaret Smith, Respondent, *v.* E. W. Foley Contracting Corporation, Appellant.

*·Negligence — highways — excavation in highway — inadequate warning ·lights.*

*Smith* v. *Foley Contracting Corpn.*, 206 App. Div. 787, affirmed.
(Argued January 18, 1924; decided February 26, 1924.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1923, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Defendant, in constructing a feeder from the Hinckley reservoir to the Barge canal, pursuant to a contract with the state of New York, was required to make an excavation about thirty feet deep and sixty feet wide across the state highway leading from Utica to Barneveld village, to place therein a culvert construction to carry the water. Defendant constructed a temporary bridge and detour for traffic aross the feeder, immediately adjoining the excavation through the macadam. On June 3, 1917, about nine-thirty p. m., plaintiff was riding toward Utica in an automobile operated by her husband, when the automobile ran through the barriers maintained by defendant across the macadam about forty feet northerly of this excavation and ran forward and into the excavation, the automobile falling some fifteen feet, bottom up, injuring plaintiff. The only ground of alleged negligence finally submitted to the jury was whether defendant used reasonable care in putting out and maintaining adequate warning lights to warn travelers of the existence of the excavation.

*Charles B. Sullivan* and *Nelson R. Pirnie* for appellant.
*Edward L. O'Donnell* and *Howard D. Bailey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

NATHAN WEBER et al., Copartners under the Firm Name of WEBER, LEVY Co., Appellants, *v.* HOSIERY MANU-FACTURERS CORPORATION, Respondent.

*Contract — sale — pleading — complaint dismissed as not stating cause of action under section 144 of Sale of Goods Act.*

*Weber* v. *Hosiery Manfrs. Corpn.*, 207 App. Div. 856, affirmed.

(Argued January 18, 1924; decided February 26, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 12, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover upon an alleged contract for the purchase and sale of goods. The complaint was dismissed upon the ground that it did not state a cause of action under section 144 of the Sale of Goods Act.

*Otto C. Sommerich* for appellants.

*Frederick M. Czaki* and *Marion Erwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JAMES E. SMITH, Respondent, *v.* MICHELIN TIRE COM-PANY, Appellant.

*Contract — master and servant — action by employee to recover money alleged to be due under contract of employment — defense that employee had violated provision that he would not engage in similar business for three years after termination of employment — unreasonableness of such provision.*

*Smith* v. *Michelin Tire Co.*, 206 App. Div. 753, affirmed.

(Submitted January 18, 1924; decided February 26, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department.